O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRETT FROST, et al., | ) | NO. CV 08-8123-CAS(E) |
| | ) | |
|           Plaintiff, | ) | |
| | ) | |
|   v. | ) | REVISED ORDER ADOPTING FINDINGS, |
| | ) | |
| LOS ANGELES COUNTY SHERIFF DARYL, et al., | ) | CONCLUSIONS AND RECOMMENDATIONS |
| | ) | OF UNITED STATES MAGISTRATE JUDGE |
| | ) | |
|           Defendants. | ) | |
| _____ | ) | |

    Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the Magistrate Judge's Report and Recommendation.

    The Court observes from the record and from the "Notice of Objection, etc." ("the Objection"), filed March 31, 2010, that Plaintiff still refuses to comply with the Magistrate Judge's February 17, 2010 Order that Plaintiff "file a document, signed by Plaintiff, setting forth a current address and telephone number at

1  which Plaintiff may be contacted personally."  Although Plaintiff is
2  pro se, Plaintiff effectively admits that his former attorney has
3  continued, in violation of this Court's prior orders, to prepare and
4  file documents for Plaintiff in this action (Objection at p. 8, ll. 9-
5  11).  The repeated and continuing defiance by Plaintiff and his former
6  attorney of this Court's orders renders ineffective and insufficient
7  any sanction lesser than dismissal of the action.  All relief sought
8  in the Objection is denied.

10      IT IS ORDERED that Judgment shall be entered dismissing the
11  action without prejudice.

13      IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of
14  this Order and the Judgment of this date on Plaintiff and counsel for
15  Defendant.

17      DATED: April 13, 2010.

20  _____
            CHRISTINA A. SNYDER
21          UNITED STATES DISTRICT JUDGE