JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BRETT FROST, et al., | ) | NO. CV 08-8123-CAS(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| LOS ANGELES COUNTY SHERIFF DARYL, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: April 13, 2010.

*/s/ Christina A. Snyder*
_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE